UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Granted.
Karen L. Litkovitz
11/1/18

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | : : : | CASE NO. 1:18-po-00072 |
| v. | : : : | MOTION TO DISMISS |
| BILLY DOUGLAS, Defendant. | : : | |

The United States moves to dismiss the above-captioned case.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

*s/ Timothy A. Landry*
TIMOTHY A. LANDRY
Special Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-3711
Timothy.Landry@usdoj.gov